

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel

**NADINE IBRAHIM**
*Senior Counsel*
Tel.: (212) 356-5037
nibrahim@law.nyc.gov

May 17, 2022

**BY ECF**
Honorable James R. Cho
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Brigid Pierce v. City of New York, et al. 21-CV-3482 (PKC)(JRC)</u>

Your Honor:

I am Senior Counsel in the office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants City of New York, Police Officer Danielle Moses, Police Officer Michael Said, and Police Officer Joseph Ryder in the above-referenced matter (hereinafter "Defendants"). Defendants write respectfully to request that the Court permanently seal Civil Docket Sheet Entry No. 45. This request is made due to Defendants inadvertent upload of plaintiff counsel's personal cell phone number in Exhibit 1. Defendants are filing with the Court an appropriate copy of Defendant's Response in Opposition and Exhibit 1 simultaneously with this letter motion. Defendants have made no previous request of this nature.

Accordingly, Defendants respectfully request that the Court permanently seal Defendants Civil Docket Sheet Entry No. 45.

Thank you for your consideration herein.

Respectfully submitted,

*Nadine Ibrahim* /s/
Nadine Ibrahim
Senior Counsel
Special Federal Litigation Division

cc: Scout Katovich, Esq. (via ECF)
Ilann Maazel, Esq.
Emery Celli Brinckerhoff Abady Ward & Maazel LLP