## EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

VASUDHA TALLA

NAIRUBY L. BECKLES
MARISSA BENAVIDES
DAVID BERMAN
NICK BOURLAND
SARA LUZ ESTELA
EMMA L. FREEMAN
ANDREW K. JONDAHL
SCOUT KATOVICH
NOEL R. LEÓN
HARVEY PRAGER
VIVAKE PRASAD
MAX SELVER

September 7, 2022

**BY ECF**
Honorable James R. Cho
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Brigid Pierce v. City of New York, et al*. 21-CV-3482 (PKC)(JRC)

Your Honor:

This firm represents Plaintiff Brigid Pierce in the above-captioned case. We write to request an extension of the deadline for Plaintiff to complete expert disclosures from September 9, 2022 to September 30, 2022. This extension is necessary because Plaintiff still has yet to receive the results from some of the neurological examinations she underwent in July, which are necessary for Plaintiff's expert evaluations. Defendants consent to this request.

As explained in Plaintiff's previous request for an extension of the expert disclosure deadline, Plaintiff underwent three neurological examinations, prescribed by her neurological expert, to assess the extent of her injuries in July. To date, Plaintiff still has not received results for one of the three examinations and is waiting to receive the raw data from another. Since her previous extension request, Plaintiff renewed her request to the hospital for this information, but she has yet to receive it. Plaintiff's expert cannot complete his report without both of these results.

Plaintiff therefore respectfully requests that the Court grant an extension of the deadline for Plaintiff's expert disclosures until September 30, 2022. This is Plaintiff's third request for an extension of this deadline. Plaintiff's second request, to extend the deadline from August 15 to September 9, was granted on August 15. Should the Court grant this extension, the parties also request that the deadline for the parties' joint status letter, currently set for September 16, 2022, be

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

adjourned until after Plaintiff's expert disclosure deadline.

                                                  Sincerely

                                                 /s/

                                                 Ilann M. Maazel
                                                 Max Selver

c.      All counsel (by ECF)

Case 1:21-cv-03482-PKC-JRC   Document 56   Filed 09/07/22   Page 2 of 2 PageID #: 309
EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2