UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

BRIGID PIERCE,

                                              Plaintiff,

-against-

NEW YORK CITY POLICE DEPARTMENT OFFICER JOSEPH RYDER, shield number 21617, in his individual capacity; NEW YORK CITY POLICE DEPARTMENT OFFICER DANIELLE MOSES, tax identification number 966234, in her individual capacity; NEW YORK CITY POLICE DEPARTMENT OFFICER MICHAEL SAID, shield number 11735, in his individual capacity; NEW YORK CITY POLICE DEPARTMENT OFFICER STEVEN KAMALIC, tax identification number 960740, in his individual capacity; THE CITY OF NEW YORK,

                                              Defendants.

------------------------------------------------------------------------ x

**NOTICE OF DEFENDANTS' MOTIONS *IN LIMINE***

21-CV-3482 (PKC) (JRC)

        **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Motions *In Limine*, dated August 11, 2025, the Declaration of Bailey Forcier in Support of Defendants' Motions *In Limine*, dated August 11, 2025, and the exhibits annexed thereto; and all prior pleadings and proceedings had herein, defendants will move this Court, before the Honorable Pamela K. Chen, United States District Judge for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for an order granting Defendants' Motions *In Limine*, and for such other and further relief as the Court may deem just and proper.

        **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated May 29, 2025, plaintiff's opposition shall be served by September 12, 2025; and

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated May 29, 2025, defendants' reply, if any, shall be served by September 26, 2025.

Dated: New York, New York
       August 11, 2025

                                              MURIEL GOODE-TRUFANT
Corporation Counsel of the City of New York
*Attorney Defendants*
100 Church Street, Room 3-313
New York, New York 10007
(212) 356-5054

By:    /s/ *Bailey Forcier*
Bailey Forcier
*Assistant Corporation Counsel*
Special Federal Litigation

cc:    VIA ECF
*All Counsel of Record*