UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

BRIGID PIERCE,

                            Plaintiff,

      -against-

CITY OF NEW YORK, ET AL.,

                            Defendants.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

21-CV-3482 (PKC) (JRC)

**PLEASE TAKE NOTICE** that **JONATHAN HUTCHINSON**, Senior Counsel, hereby appears as counsel of record on behalf of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for defendants City of New York, Joseph Ryder, Danielle Moses, Michael Said, and Steven Kamalic.

Dated: New York, New York
       August 20, 2025

                          MURIEL GOODE-TRUFANT
                          Corporation Counsel of the City of New York
                          *Attorney for Defendants*
                          100 Church Street, Rm. 3-173A
                          New York, New York 10007
                          Tel: (212) 356-2410
                          jhutchin@law.nyc.gov

                          Respectfully submitted,

                          By:   */s/ Jonathan Hutchinson*

                          JONATHAN HUTCHINSON
                          *Senior Counsel*

cc:   **VIA ECF**
      *All Counsel of Record*