# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

| | | |
|---|---|---|
| JONATHAN S. ABADY<br>MATTHEW D. BRINCKERHOFF<br>ANDREW G. CELLI, JR.<br>RICHARD D. EMERY<br>DEBRA L. GREENBERGER<br>DIANE L. HOUK<br>DANIEL J. KORNSTEIN<br>JULIA P. KUAN<br>HAL R. LIEBERMAN<br>ILANN M. MAAZEL<br>KATHERINE ROSENFELD<br>ZOE SALZMAN<br>SAM SHAPIRO<br>EARL S. WARD<br>O. ANDREW F. WILSON | ATTORNEYS AT LAW<br>ONE ROCKEFELLER PLAZA<br>8TH FLOOR<br>NEW YORK, NEW YORK 10020<br><br>TEL: (212) 763-5000<br>FAX: (212) 763-5001<br>www.ecbawm.com | DANIEL M. EISENBERG<br>VASUDHA TALLA<br><br>ERIC ABRAMS<br>NICK BOURLAND<br>HANNAH BRUDNEY<br>SARA LUZ ESTELA<br>BIANCA HERLITZ-FERGUSON<br>LAURA S. KOKOTAILO<br>SONYA LEVITOVA<br>HAFSA S. MANSOOR<br>SANA MAYAT<br>VIVAKE PRASAD<br>MAX SELVER<br>MAGGIE TURNER<br>EMILY K. WANGER<br>RACHAEL WYANT<br>SYDNEY ZAZZARO |

August 22, 2025

**VIA ECF**

Hon. Pamela K. Chen
225 Cadman Plaza East
Brooklyn New York 11201
Courtroom: 4F
Chambers: N 631

   Re: *Brigid Pierce v. City of New York, et al.*
     Case No. 21-cv-3482 (PKC)(JRC)

Dear Judge Chen:

  Plaintiff Brigid Pierce moves unopposed under Rule 3.B of The Court's Individual Practices and Rules for permission to file a memorandum of law in opposition to Defendants' motions *in limine* exceeding 25 pages. Defendants consent to this request.

  On August 11, 2025, Defendants filed a memorandum of law in support of Defendants' motions *in limine* totaling approximately 46-pages. Plaintiffs now ask the Court to grant this consented-to request for leave to file a memorandum of law in opposition to Defendants motions of *limine* to not exceed 46 pages excluding exhibits, appendices, or attachments, so that Plaintiff's opposition can match the number of pages in Defendants' opening brief.

  We thank the Court for its consideration of this request.

          Respectfully submitted,

          /s/
          Max Selver

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

    c.      All Counsel of Record via ECF