UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

BRIGID PIERCE,

                                  Plaintiff,         **NOTICE OF APPEARANCE**

-against-

                                                          21-CV-3482 (PKC)(JRC)

CITY OF NEW YORK, et al.,

                                  Defendants.

------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that John McLaughlin, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for defendants City of New York, Joseph Ryder, Danielle Moses, Michael Said, and Steven Kamalic.

Dated:        New York, New York
                December 3, 2025

                                                    MURIEL GOODE-TRUFANT
                                                    Corporation Counsel of the City of
                                                        New York
                                                       *Attorney for Defendants*
                                                        100 Church Street, Rm. 3-183
                                                        New York, New York 10007
                                                        P: (212) 356-2670
                                                        jmclaugh@law.nyc.gov

                                                     By:   */s/ John McLaughlin*
                                                              John McLaughlin
                                                              *Assistant Corporation Counsel*

Cc:        **VIA ECF**
            *All counsel of record.*