DRAFT - 12/09/25

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
BRIGID PIERCE,

                Plaintiff,

    - against -

NEW YORK CITY POLICE DEPARTMENT
OFFICER JOSEPH RYDER, *et al.*,

                Defendants.
---------------------------------------------------------x

**DRAFT VERDICT FORM**
21-CV-3482 (PKC) (JRC)

PAMELA K. CHEN, United States District Judge:

    We, the jury, make the following findings pursuant to the Court's instructions:

## LIABILITY

**I.**     **Excessive Force and Assault and Battery**

1. Did Brigid Pierce prove by a preponderance of the evidence that Officer Joseph Ryder used excessive force against her and is also liable for assault and battery?

   _____ Yes          _____ No

2. Did Brigid Pierce prove by a preponderance of the evidence that one or more "John Doe" officers are liable for assault and battery?

   _____ Yes          _____ No

3. Did Brigid Pierce prove by a preponderance of the evidence that Officer Joseph Ryder failed to intervene in excessive force committed by any "John Doe" officer against her?

   _____ Yes          _____ No

*Please proceed to the next page of the Verdict Form.*

## II. False Arrest

4. Did Brigid Pierce prove by a preponderance of the evidence that Officer Joseph Ryder falsely arrested her?

   _____ Yes          _____ No

## III. First Amendment Retaliation

5. Did Brigid Pierce prove by a preponderance of the evidence that Officer Joseph Ryder used force against her in retaliation for her protected speech?

   _____ Yes          _____ No

6. Did Brigid Pierce prove by a preponderance of the evidence that Officer Joseph Ryder arrested her in retaliation for her protected speech?

   _____ Yes          _____ No

## IV. Malicious Prosecution

7. Did Brigid Pierce prove by a preponderance of the evidence that Officer Danielle Moses maliciously prosecuted Ms. Pierce?

   _____ Yes          _____ No

*Please proceed to the next page of the Verdict Form.*

V. **<u>Negligent Denial of Medical Care</u>**

8. Did Brigid Pierce prove by a preponderance of the evidence that Officer Joseph Ryder negligently denied Ms. Pierce medical care?

   _____ Yes          _____ No

9. Did Brigid Pierce prove by a preponderance of the evidence that Officer Danielle Moses negligently denied Ms. Pierce medical care?

   _____ Yes          _____ No

10. Did Brigid Pierce prove by a preponderance of the evidence that Officer Michael Said negligently denied Ms. Pierce medical care?

    _____ Yes          _____ No

*If you answered "Yes" to <u>one or more</u> of Questions 1–10, proceed to the <u>next</u> page of the Verdict Form.*

*If you answered "No" to <u>all</u> of Questions 1–10, proceed to the <u>last</u> page of the Verdict Form.*

**COMPENSATORY DAMAGES**

**VI.** **Compensatory Damages for Claims Concerning Use of Force**

*Answer Questions 11 through 13 if you answered "Yes" to one or more of Questions 1, 2, 3, or 5 on the Verdict Form.*

11. Did Brigid Pierce prove by a preponderance of the evidence that she is entitled to damages for past and future pain and suffering as a result of the force used?

    _____ Yes          _____ No

    a. If you answered "Yes" to Question 11, please state the amount of damages that would fairly compensate Brigid Pierce for past and future pain and suffering as a result of the force used:

    $ _____

12. Did Brigid Pierce prove by a preponderance of the evidence that she is entitled to damages for past and future loss of earnings as a result of the force used?

    _____ Yes          _____ No

    a. If you answered "Yes" to Question 12, please state the amount of damages that would fairly compensate Brigid Pierce for past and future loss of earnings as a result of the force used:

    $ _____

*Please proceed to the next page of the Verdict Form.*

13. Did Brigid Pierce prove by a preponderance of the evidence that she is entitled to damages for life care costs as a result of the force used?

 _____ Yes _____ No

 a. If you answered "Yes" to Question 13, please state the amount of damages that would fairly compensate Brigid Pierce for life care costs as a result of the force used:

 $ _____

*Answer Question 14 if you answered "No" to <u>all</u> of Questions 11, 12, and 13 on the Verdict Form.*

14. If you answered "No" to <u>all</u> of Questions 11, 12, and 13, please state the amount of nominal damages, not to exceed one dollar, that you award Brigid Pierce for the force used:

 $ _____

*Please proceed to the next page of the Verdict Form.*

**VII.     Compensatory Damages for Claims Concerning Arrest**

*Answer Question 15 if you answered "Yes" to Questions 4 and/or 6 on the Verdict Form.*

15. Did Brigid Pierce prove by a preponderance of the evidence that she is entitled to damages for false arrest?

    _____ Yes              _____ No

   a. If you answered "Yes" to Question 15, please state the amount of damages that would fairly compensate Brigid Pierce for false arrest:

       $ _____

       i. Please also state how much, if any, of these damages compensate Plaintiff for the same injury or loss resulting from any other claim that you have found proven above.

           $ _____

   b. If you answered "No" to Question 15, please state the amount of nominal damages, not to exceed one dollar, that you award Brigid Pierce for false arrest:

       $ _____

*Please proceed to the next page of the Verdict Form.*

## VIII. Compensatory Damages for Claims Concerning Prosecution

*Answer Question 16 if you answered "Yes" to Question 7 on the Verdict Form.*

16. Did Brigid Pierce prove by a preponderance of the evidence that she is entitled to damages for malicious prosecution?

    _____ Yes              _____ No

   a. If you answered "Yes" to Question 16, please state the amount of damages that would fairly compensate Brigid Pierce for malicious prosecution:

      $ _____

      i. Please also state how much, if any, of these damages compensate Plaintiff for the same injury or loss resulting from any other claim that you have found proven above.

         $ _____

   b. If you answered "No" to Question 16, please state the amount of nominal damages, not to exceed one dollar, that you award Brigid Pierce for malicious prosecution:

      $ _____

*Please proceed to the next page of the Verdict Form.*

IX. **<u>Compensatory Damages for Negligent Denial of Medical Care</u>**

*Answer Question 17 if you answered "Yes" to one or more of Questions 8, 9, or 10 on the Verdict Form.*

17. Did Brigid Pierce prove by a preponderance of the evidence that she is entitled to damages for negligent denial of medical care?

    _____ Yes           _____ No

   a. If you answered "Yes" to Question 17, please state the amount of damages that would fairly compensate Brigid Pierce for negligent denial of medical care:

      $ _____

      i. Please also state how much, if any, of these damages compensate Plaintiff for the same injury or loss resulting from any other claim that you have found proven above.

         $ _____

   b. If you answered "No" to Question 17, please state the amount of nominal damages, not to exceed one dollar, that you award Brigid Pierce for negligent denial of medical care:

      $ _____

*Please proceed to the next page of the Verdict Form.*

**PUNITIVE DAMAGES**

*Answer Question 18 if you answered "Yes" to one or more of Questions 1, 3, 4, 5, 6, or 8 on the Verdict Form.*

18. Is Brigid Pierce entitled to punitive damages against Officer Joseph Ryder?

_____ Yes          _____ No

   a. If you answered "Yes" to Question 18, please state the amount of punitive damages against Officer Joseph Ryder:

$ _____

*Answer Question 19 if you answered "Yes" to Questions 7 and/or 9 on the Verdict Form.*

19. Is Brigid Pierce entitled to punitive damages against Officer Danielle Moses?

_____ Yes          _____ No

   a. If you answered "Yes" to Question 19, please state the amount of punitive damages against Officer Danielle Moses:

$ _____

*Answer Question 20 if you answered "Yes" to Question 10 on the Verdict Form.*

20. Is Brigid Pierce entitled to punitive damages against Officer Michael Said?

_____ Yes          _____ No

   a. If you answered "Yes" to Question 20, please state the amount of punitive damages against Officer Michael Said:

$ _____

*Please proceed to the next page of the Verdict Form.*

*Page intentionally left blank.*

*Please proceed to the next page of the Verdict Form.*

<u>YOU HAVE REACHED A VERDICT</u>. THE FOREPERSON SHOULD DATE AND SIGN THE VERDICT FORM, PLACE IT IN A SEALED ENVELOPE MARKED "VERDICT" AND HAND IT TO THE MARSHALL.

**X.     Your foreperson must now sign and date the verdict sheet.**

_____          _____
Signature of Foreperson                                              Date