UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

BRIGID PIERCE,

                                                  Plaintiff,

                         **NOTICE OF APPEARANCE**

       -against-

                         21-CV-3482 (PKC)(JRC)

CITY OF NEW YORK, et al.,

                                                Defendants.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that Elissa B. Jacobs, Senior Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for defendants City of New York, Joseph Ryder, Danielle Moses, and Michael Said.

Dated:        New York, New York
                December 10, 2025

                                                  MURIEL GOODE-TRUFANT
                                                  Corporation Counsel of the City of
                                                      New York
                                                  *Attorney for Defendants*
                                                  100 Church Street, Rm. 3-193
                                                  New York, New York 10007
                                                  P: (212) 356-3540
                                                  ejacob@law.nyc.gov

                                          By:    /s/ *Elissa B. Jacobs*
                                                         Elissa B. Jacobs
                                                         *Senior Corporation Counsel*

Cc:      **VIA ECF**
          *All counsel of record.*