

**THE CITY OF NEW YORK**

# LAW DEPARTMENT

100 Church Street
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**JOHN MCLAUGHLIN**
Phone: (212) 356-2670
Fax: (212) 356-3509
jmclaugh@law.nyc.gov
*Assistant Corporation Counsel*

December 12, 2025

**BY ECF**
Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Brigid Pierce v. Joseph Ryder, et al.,
              21-CV-3482 (PKC)(JRC)

Your Honor:

      I am an attorney in the Office of the Corporation Counsel of the City of New York and one of the attorneys representing defendants City of New York, Officer Joseph Ryder, Officer Danielle Moses, and Officer Michael Said (collectively, "defendants") in the above-referenced matter. Defendants write to respectfully request that, in the event of any plaintiff's verdict on the federal false arrest claim, the Court submit the following special interrogatory to the jury to resolve a discrete factual question relevant to defendants' qualified immunity defense:

1. Immediately before Officer Ryder seized plaintiff, did he reasonably believe, even if mistaken, that plaintiff made physical contact with him or with his shield or other police equipment?

      Defendants respectfully submit that this question is relevant to the adjudication of defendants' defense of qualified immunity on plaintiff's false arrest claim. *See Jones v. Treubig*, 963 F.3d 214 (2d Cir. 2020).

The defendants thank the Court for its time and consideration of this request.

                Respectfully Submitted,

                /s/ *John McLaughlin*

                John McLaughlin
                Attorney for Defendants
                *Assistant Corporation Counsel*
                New York City Law Department
                100 Church Street
                New York, NY 10007
                (212) 356-2670
                jmclaugh@law.nyc.gov

Cc:    **VIA ECF**
       *All counsel of record.*