UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BRIGID PIERCE,

                Plaintiff,

  -against-

NEW YORK CITY POLICE DEPARTMENT
OFFICER JOSEPH RYDER, et al.

                Defendants.

21-CV-3482 (PKC) (JRC)

## PLAINTIFF'S PROPOSED SPECIAL INTERROGATORIES

1. Did Officer Ryder throw Brigid Pierce to the ground?

   _____ Yes     _____ No

2. Did Officer Ryder hear Brigid Pierce receive an order to disperse before he arrested her?

   _____ Yes     _____ No

3. Was Brigid Pierce an immediate threat to the safety of Officer Ryder or others when he arrested her?

   _____ Yes     _____ No