# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DANIEL M. EISENBERG
VASUDHA TALLA

CLAIRE Z. ABBADI
ERIC ABRAMS
NICK BOURLAND
HANNAH BRUDNEY
SARA LUZ ESTELA
BIANCA HERLITZ-FERGUSON
LAURA S. KOKOTAILO
SONYA LEVITOVA
HAFSA S. MANSOOR
SANA MAYAT
DANIEL A. PEÑA
VIVAKE PRASAD
MAX SELVER
MAGGIE TURNER
EMILY K. WANGER
RACHAEL WYANT
SYDNEY ZAZZARO

December 13, 2025

*Via ECF*

Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

   Re: *Pierce v. Ryder et al.*, Case No. 21-cv-3482 (PKC)(JRC)

Dear Judge Chen:

  On behalf of Plaintiff Brigid Pierce, we write in response to the Court's December 12, 2025 Order concerning Juror #8's request to be excused from the jury.

  Plaintiff objects to Juror #8's excusal. Juror #8 has been a consistently attentive juror. The Court and the parties have been aware of Juror #8's exam on Monday afternoon since the start of trial. The plan has always been to adjourn deliberations early on Monday so that Juror #8 has time to travel to and take her exam. Juror #8 can of course also prepare for the exam over the weekend. To the extent the court is inclined to give Juror #8 the full day off Monday, Plaintiff proposes that the Court adjourn jury deliberations on Monday and resume them on Tuesday.

         Respectfully submitted,

         /s/
         Ilann M. Maazel
         Max Selver

cc: All counsel of record via ECF.