

| MURIEL GOODE-TRUFANT<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | JONATHAN HUTCHINSON<br>*Senior Counsel*<br>Tel: (212) 356-2410<br>jhutchin@law.nyc.gov |
|---|---|---|

December 13, 2025

**By ECF**
Honorable Pamela K. Chen
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>Brigid Pierce v. Joseph Ryder, et al.</u>
               21-CV-3482 (PKC) (JRC)

Your Honor:

      I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York and one of the attorneys representing defendants City of New York, Joseph Ryder, Danielle Moses, and Michael Said (collectively "defendants") in the above-referenced matter. Defendants write in response to the Court's update of December 12, 2025, regarding the scheduling needs of juror number eight on December 15, 2025. The parties have conferred but, given the short deadline, defendants are writing on their own behalf.

      Defendants respectfully object to excusing juror number eight at this stage. During jury selection, the Court and the parties were informed that this juror would be unavailable during the afternoon of December 15, 2025. All parties agreed that, if this juror was selected to sit on the trial jury, accommodations could be made to allow her to prepare for and attend her exam on December 15, 2025. The Court endorsed this view and no particular schedule for December 15, 2025 was set.

      When defendants considered the jury and their peremptory strikes, it was with the expectation that juror number eight would be allowed to prepare for and attend her exam on December 15, 2025. The Court and the parties expected that this trial would last until midway through the week of December 15, 2025 and we are still on schedule even if juror number eight's request is accommodated. To excuse this juror at this stage would be improper and unnecessary, as deliberations can simply continue on December 16, 2025, losing only a morning of deliberations from what was initially contemplated.

      Defendants thank the Court for its consideration herein.

- 2 -

                          Respectfully submitted,

                          /s/ Jonathan Hutchinson
                          Jonathan Hutchinson
                          *Senior Counsel*
                          Special Federal Litigation Division

cc:    All Counsel of Record (via ECF)