Deposition of Officer Joseph Ryder                              1779

1  ████████████████████          ████████████████
2  ██████████████████████████████████
3              ██████████████    ████████████████████████
4  ██████
5         ████████████    ██████████████████████████████
6         ██████████   ██████

7         (The following reading is from the April 15, 2022,
8  deposition of Officer Joseph Ryder.)
9  Q    Did you believe that Ms. Pierce was under the influence
10 of any stimulants or narcotic or drug or alcohol?
11 A    No.
12 Q    Did you ever feel threatened by Ms. Pierce at any point?
13 A    Yes.  She tried to separate me from the officer to my
14 left, leaving me on an island by myself surrounded by other
15 protesters.  Yes.
16 Q    Did you say that one of the reasons why you threw
17 Ms. Pierce to the ground was for her own safety?
18 A    I never threw her to the ground.
19      ██████████  ████████  ██████  ████████████████████
20 ██████████
21      ██████████████  ████████    ████████████████████████
22 ██████████████████████        ████████████████████████████
23 ██████████    ████████████    ████████████████████████
24 ██████████
25      ████████████████████████████████████████████████████████

Blumberg No. 5213

COURT'S EXHIBIT
#8
21CV3482

Deposition of Officer Joseph Ryder                1780

1  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
2  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
3  Q    Did you ever feel physically threatened by Ms. Pierce?
4  A    Again, it wasn't just Ms. Pierce to consider.  There were
5  hundreds of other protesters, and there were other safety
6  concerns.
7  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
8  ▇▇▇
9
10            (Continued on the following page.)

AVERY N. ARMSTRONG, RPR, NYRCR
OFFICIAL COURT REPORTER