UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**Witness and Exhibits List**
Jury Trial re: *Pierce v. Ryder, et al.,* 1:21-cv-03482 (PKC)

---

**12/3/2025:**

Witnesses:
- Cara Warner
- Jessica Pearson, *Psy. D.* (as expert witness in clinical psychology)
- Brigid Pierce, *Plaintiff*

Admitted exhibit(s): Px 5, Px 39, Px 62, Px 56, Px 57, Px 40, Px 42, Px 59, Px 64, Px 10, Px 53, Px 52, Px 6, Px 12, Px 7, Dx A

**12/4/2025:**

Witnesses:
- Brigid Pierce, *Plaintiff* (continued)
- Dr. Richard Storm (as expert witness in ophthalmology who can testify about the neurological connection between eye and vision issues and neurological conditions)

Admitted exhibit(s): Dx B, Px 9, Px 43, Px 46, Dx L, Px 47, Px 48, Px 49, Px 55, Px 38, Px 61, Dx D, Dx O (subject to challenge on translation), Px 51

**12/5/2025:**

Witnesses:
- Brigid Pierce, *Plaintiff* (continued and completed)
- Dr. Siddhartha Nadkarni (as expert witness in neuropsychiatry, neurology, psychiatry, and in epilepsy)

Admitted exhibit(s): Dx Q-1, Dx Q-2, Dx R, Dx S, Dx T-1 Dx, T-2, Dx T-3, Dx T-4, Dx U, Dx V, Dx W, Dx X, Dx Y, Dx Z, Dx AA, Px 70-a, Px 70-b, Px 71-a, Px 71-b, Px 21, Px 17, Px 16, Px 20, Dx BB

**12/8/2025:**

Witnesses:
- Police Officer Danielle Moses, *NYPD*
- Kristin Kuscma, (as expert witness in economics and in economic losses)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**Witness and Exhibits List**
Jury Trial re: *Pierce v. Ryder, et al.,* 1:21-cv-03482 (PKC)

---

- Dr. Siddhartha Nadkarni (continued and completed, as expert witness in neuropsychiatry, neurology, psychiatry, and in epilepsy)
- Tariq Sheppard, *Assistant Chief, NYPD, retired*
- Jessica Pellier-Curit

Admitted exhibit(s): Px 3, Px 8, Px 22

**12/9/2025:**

Witnesses:
- Edmond Provder (as expert in life-care planning)
- Detective Joseph Ryder, *NYPD*
- Detective Soner Ozuk, *NYPD*
- Sergeant Michael Said, *NYPD*

Admitted exhibit(s): Px 84, Px 1, Px 69

**12/10/2025:**

Witnesses:
- Dr. Robert S. April (as expert in neurology)

**12/11/2025:**

Witnesses:
- Dr. Josefina Tranfa-Abboud (as expert in economics)