UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BRIGID PIERCE          ,                         ORDER OF SUSTENANCE

                             Plaintiff,

       -against-                                                 1:21-cv-03482 (PKC)

NYC POLICE OFFICER JOSEPH RYDER, et al.,

                             Defendants.
----------------------------------------------------------------X

      **It is hereby ORDERED** that the Marshal supply proper:

( )    LODGING

(X)   SUSTENANCE

( )    TRANSPORTATION

        to the (10) jurors in the above entitled case

( )    DURING SELECTION

(X )  DELIBERATING

( )    SEQUESTERED

( )    OTHER _____

DATED: Brooklyn, New York
          December 12, 2025

                                            s/Hon. Pamela K. Chen
                                       _____
                                       PAMELA K. CHEN
                                       UNITED STATES DISTRICT JUDGE