UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

BRIGID PIERCE            ,                          ORDER OF SUSTENANCE

                                    Plaintiff,

              -against-                            1:21-cv-03482 (PKC)

NYC POLICE OFFICER JOSEPH RYDER, et al.,

                                    Defendants.
----------------------------------------------------------------X

       **It is hereby ORDERED** that the Marshal supply proper:

( )    LODGING

(X)    SUSTENANCE

( )    TRANSPORTATION

       to the (10) jurors in the above entitled case

( )    DURING SELECTION

(X )    DELIBERATING

( )    SEQUESTERED

( )    OTHER _____

DATED:  Brooklyn, New York
       December 16, 2025

                        s/Hon. Pamela K. Chen

                _____
                PAMELA K. CHEN
                UNITED STATES DISTRICT JUDGE