```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BRIGID PIERCE            ,                          ORDER OF SUSTENANCE

                        Plaintiff,
        -against-                                   1:21-cv-03482 (PKC)

NYC POLICE OFFICER JOSEPH RYDER, et al.,

                        Defendants.
-----------------------------------------------------------------X
```

      **It is hereby ORDERED** that the Marshal supply proper:

( )    LODGING

(X)    SUSTENANCE

( )    TRANSPORTATION

      to the (10) jurors in the above entitled case

( )    DURING SELECTION

(X )    DELIBERATING

( )    SEQUESTERED

( )    OTHER _____

DATED:  Brooklyn, New York
              December 17, 2025

                                                             s/Hon. Pamela K. Chen

                                                      _____
                                                      PAMELA K. CHEN
                                                    UNITED STATES DISTRICT JUDGE