UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BRIGID PIERCE          ,                              ORDER OF SUSTENANCE

                        Plaintiff,

          -against-                                  1:21-cv-03482 (PKC)

NYC POLICE OFFICER JOSEPH RYDER, et al.,

                        Defendants.
------------------------------------------------------------------X

          **It is hereby ORDERED** that the Marshal supply proper:

( )     LODGING

(X)     SUSTENANCE

( )     TRANSPORTATION

          to the (10) jurors in the above entitled case

( )     DURING SELECTION

(X )    DELIBERATING

( )     SEQUESTERED

( )     OTHER _____

DATED:  Brooklyn, New York
          December 18, 2025

                                        s/Hon. Pamela K. Chen

                                        _____
                                        PAMELA K. CHEN
                                        UNITED STATES DISTRICT JUDGE