

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **JONATHAN HUTCHINSON**<br>*Senior Counsel*<br>Tel: (212) 356-2410<br>jhutchin@law.nyc.gov |

January 28, 2026

**By ECF**
Honorable Pamela K. Chen
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>Brigid Pierce v. Joseph Ryder, et al.</u>
              21-CV-3482 (PKC) (JRC)

Your Honor:

      I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York and one of the attorneys representing defendants City of New York, Joseph Ryder, Danielle Moses, and Michael Said (collectively "defendants") in the above-referenced matter. Defendants write on behalf of the parties to respectfully request: (1) a fourteen (14) day extension of the deadline for the parties to file post-trial motions in the above matter, from February 2, 2026 to February 16, 2026, and (2) corresponding fourteen (14) day extensions of the deadlines to file responses, from March 4, 2026 to March 18, 2026, and replies, from March 18, 2026 to April 1, 2026. This is the parties' first such request.

      By way of background, following the conclusion of the jury trial in the above matter on December 18, 2025, the Court ordered all parties to file post-trial motions by February 2, 2026. <u>See</u> Docket Entry dated December 18, 2025. Since then, the parties have been engaging in substantive settlement negotiations which may obviate the need for the Court to adjudicate post-trial motions. The parties respectfully request an extension of the briefing schedule set on December 18, 2025 in order to either finalize those settlement negotiations or file their post-trial motions.

      Accordingly, for the reasons stated herein, the parties respectfully request: (1) a fourteen (14) day extension of the deadline for the parties to file post-trial motions in the above matter, from February 2, 2026 to February 16, 2026, and (2) corresponding fourteen (14) day extensions of the deadlines to file responses, from March 4, 2026 to March 18, 2026, and replies, from March 18, 2026 to April 1, 2026.

- 2 -

The parties thank the Court for its consideration herein.

           Respectfully submitted,

           /s/ Jonathan Hutchinson
           Jonathan Hutchinson
           *Senior Counsel*
           Special Federal Litigation Division

cc:    All Counsel of Record (via ECF)