# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
VASUDHA TALLA
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DANIEL M. EISENBERG

CLAIRE Z. ABBADI
ERIC ABRAMS
NICK BOURLAND
HANNAH BRUDNEY
SARA LUZ ESTELA
BIANCA HERLITZ-FERGUSON
LAURA S. KOKOTAILO
SONYA LEVITOVA
HAFSA S. MANSOOR
SANA MAYAT
ADAM NASSER
DANIEL A. PEÑA
VIVAKE PRASAD
MAX SELVER
MAGGIE TURNER
EMILY K. WANGER
RACHAEL WYANT
SYDNEY ZAZZARO

February 6, 2026

*Via ECF*

Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

Re:     *Pierce v. Ryder et al., Case No. 21-cv-3482 (PKC)(JRC)*

Dear Judge Chen:

On behalf of Plaintiff Brigid Pierce, we write jointly with Defendants to notify the Court that the parties have reached a settlement in principle to resolve this case for the amount of the jury verdict, $2,564,250.

To facilitate the preparation and execution of settlement papers, the parties respectfully request that the Court extend the current February 17, 2026 deadline to file post-trial motions by an additional thirty days, along with an accompanying extension of the opposition and reply deadlines, as follows:

|  | Current Deadline | New Deadline |
|---|---|---|
| **Post-Trial Motions Due** | February 17, 2026 | March 19, 2026 |
| **Oppositions Due** | March 19, 2026 | April 20, 2026 |
| **Replies Due** | April 2, 2026 | May 4, 2026 |

We thank the Court for its consideration of this request.

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

Respectfully submitted,

/s
Ilann M. Maazel
Max Selver

c. All counsel of record via ECF