UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

BRIGID PIERCE,

            Plaintiff,

-against-

CITY OF NEW YORK, POLICE OFFICER JOSEPH RYDER, POLICE OFFICER DANIELLE MOSES, POLICE OFFICER MICHAEL SAID, JOHN DOES 1-7,

            Defendants.

------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

21-CV-3482 (PKC) (JRC)

  **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

  **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

  1. The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       February 24, 2026

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
*Attorneys for Plaintiff*
One Rockefeller Plaza, 8th Floor
New York, New York 10020

By: _____
    Ilann Maazel
    *Attorney for Plaintiff*

STEVEN BANKS
Corporation Counsel of the
    City of New York
*Attorney for Defendants City of New York,
    Ryder, Moses, and Said*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Jessica Ochoa
    *Senior Counsel*

SO ORDERED:

_____
HON. PAMELA K. CHEN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2026